JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY BERTRAM, | ) | NO. SA CV 20-0045-ODW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN JOHNSON (A), | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 10, 2021.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE